IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harrison, Mary A | Case Number: 06 B 10675 |
|---|---|---|
|  |  | Judge: Wedoff, Eugene R |
|  | Printed: 01/22/09 | Filed: 8/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 24, 2008
Confirmed: October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,628.96 |  |
| Secured: |  | 514.38 |
| Unsecured: |  | 7,645.25 |
| Priority: |  | 5.16 |
| Administrative: |  | 2,800.00 |
| Trustee Fee: |  | 652.02 |
| Other Funds: |  | 12.15 |
| Totals: | 11,628.96 | 11,628.96 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,800.00 | 2,800.00 |
| 2. | Monterey Financial Services | Secured | 514.38 | 514.38 |
| 3. | Illinois Dept of Revenue | Priority | 5.16 | 5.16 |
| 4. | Well Group Health Partners | Unsecured | 389.05 | 389.05 |
| 5. | Monterey Financial Services | Unsecured | 61.49 | 61.49 |
| 6. | AmeriCash Loans, LLC | Unsecured | 2,303.34 | 2,303.34 |
| 7. | AmeriCash Loans, LLC | Unsecured | 973.95 | 973.95 |
| 8. | Fast Cash Advance | Unsecured | 1,202.40 | 1,202.40 |
| 9. | Nationwide Acceptance Corp | Unsecured | 496.09 | 496.09 |
| 10. | ECast Settlement Corp | Unsecured | 734.74 | 734.74 |
| 11. | Aspire Visa | Unsecured | 1,484.19 | 1,484.19 |
| 12. | ECast Settlement Corp | Unsecured | 941.83 | 0.00 |
| 13. | Northwestern Dental Center | Unsecured |  | No Claim Filed |
| 14. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 15. | First Premier | Unsecured |  | No Claim Filed |
| 16. | Pay Day Loan | Unsecured |  | No Claim Filed |
| 17. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 18. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 19. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,906.62 | $ 10,964.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harrison, Mary A

Printed: 01/22/09

Case Number:  06 B 10675
Judge:  Wedoff, Eugene R
Filed:  8/29/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 119.61 |
| 5.4% | 301.96 |
| 6.5% | 175.45 |
| 6.6% | 55.00 |
|  | $ 652.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

